# United States District Court
# District of New Jersey

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR A SEARCH WARRANT TO SEARCH THE ITEMS KNOWN AND DESCRIBED AS BLACK EMACHINES COMPUTER TOWER, AS MORE PARTICULARLY DESCRIBED IN ATTACHMENT A1 | Hon. Steven C. Mannion<br><br>Mag. No. 13-6064 (SCM)<br><br>**SEARCH WARRANT** |

TO: ___Alexandra de Armas___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Alexandra de Armas_ who has reason to believe that
                                          Affiant
__on the person of or  _X_ on the premises known as (name, description and/or location)

### SEE ATTACHMENT A1

in the District of New Jersey there is now concealed a certain person or property namely (describe the person or property)

### SEE ATTACHMENT B1

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to execute the warrant on or before _June 18, 2013_ (not to exceed 14 days) on the person or place named above for the person or property specified, serving this warrant and executing it (in the daytime--6:00 a.m. to 10:00 p.m.) and to leave a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___Honorable Steven C. Mannion_____ as required by law.
                                    U.S. Judge or Magistrate

June 4, 2013              at              Newark, New Jersey
Date and Time Issued                     City and State

Honorable Steven C. Mannion                 _[signature]_
United States Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate             Date

## ATTACHMENT A1

The Subject Property is a black Emachines computer tower bearing serial number PTND5P200115001CFE3000 which was recovered from the LA Courier Services office at 64 N. Weiss Street, Manville, New Jersey on April 16, 2013 and which is currently in the custody of the Department of Homeland Security, Homeland Security Investigations.

ATTACHMENT B1

DESCRIPTION OF ITEMS TO BE SEARCHED AND SEIZED

The property to be searched and seized is evidence, contraband, fruits, and instrumentalities relating to violations of Title 18 U.S.C. §§ 371, 545, 922(e), 1715 and 21 U.S.C. §§ 952 and 963 (the Specified Federal Offenses), consisting of:

Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, peer-to-peer software (which refers to software used to access a network in which participating computers can share files with one another directly, without requiring the use of an intermediary server. Users access these networks through software that allows users to search for and share files across the network);

    Any subscriber information, contact information to include, names, addresses, telephone numbers, email addresses, or other identifiers;

    Any photographs, video, and audio files;

    Any email messages, chats, multimedia messages, installed applications, or other electronic communications;

    Any calendar, note, password, or dictionary entries;

    Any Internet or browser entries or history;

    Any system, data, or configuration information contained within the device.

    Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the ownership or use of the computer to be searched and any items or content thereon.

Records, in whatever form, of personal and business activities relating to the operation and ownership of the computer systems, such as telephone records, notes, books, diaries, and reference materials.

Records, in whatever form, pertaining to accounts held with Internet Service Providers or of Internet use.

As used above, the terms records, documents, programs, applications, or materials include records, documents, programs, applications or materials created, modified or stored in any form, including electronic media.