EXHIBIT J

# United States District Court
## District of New Jersey

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR A SEARCH WARRANT TO SEARCH THE ITEMS KNOWN AND DESCRIBED AS A GREY FLASH DRIVE KEY CHAIN, AS MORE PARTICULARLY DESCRIBED IN ATTACHMENT A2 | Hon. Steven C. Mannion<br><br>Mag. No. 13-6065 (SCM)<br><br><u>SEARCH WARRANT</u> |

TO:   __Alexandra de Armas__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Alexandra de Armas__ who has reason to believe that
<br>                                                                                                       Affiant

__ on the person of or _X_ on the premises known as (name, description and/or location)

SEE ATTACHMENT A2

in the District of New Jersey there is now concealed a certain person or property namely (describe the person or property)

SEE ATTACHMENT B2

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to execute the warrant on or before __June 18, 2013__ (not to exceed 14 days) on the person or place named above for the person or property specified, serving this warrant and executing it (in the daytime--6:00 a.m. to 10:00 p.m.) and to leave a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ____Honorable Steven C. Mannion_____as required by law.
<br>          U.S. Judge or Magistrate

| | |
|---|---|
| __June 4, 2013__      at<br>Date and Time Issued | __Newark, New Jersey__<br>City and State |

Honorable Steven C. Mannion
<u>United States Magistrate Judge</u>
Name & Title of Judicial Officer

*/s/ Steven C. Mannion*
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S. Judge or Magistrate                Date

## ATTACHMENT A2

The Subject Property is a grey 16 gigabyte flash drive key chain, model DTSE9, which was recovered incident to the arrest of Luke Atwell on April 16, 2013 and which is currently in the custody of the Department of Homeland Security, Homeland Security Investigations.

## ATTACHMENT B2

## DESCRIPTION OF ITEMS TO BE SEARCHED AND SEIZED

The property to be searched and seized is evidence, contraband, fruits, and instrumentalities relating to violations of Title 18 U.S.C. §§ 371, 545, 922(e), 1715 and 21 U.S.C. §§ 952 and 963 (the Specified Federal Offenses), consisting of:

Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, peer-to-peer software (which refers to software used to access a network in which participating computers can share files with one another directly, without requiring the use of an intermediary server. Users access these networks through software that allows users to search for and share files across the network);

Any subscriber information, contact information to include, names, addresses, telephone numbers, email addresses, or other identifiers;

Any photographs, video, and audio files;

Any email messages, chats, multimedia messages, installed applications, or other electronic communications;

Any calendar, note, password, or dictionary entries;

Any Internet or browser entries or history;

Any system, data, or configuration information contained within the device;

Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the ownership or use of the flash drive to be searched and any items or content thereon.

Records, in whatever form, of personal and business activities relating to the operation and ownership of the computer systems, such as telephone records, notes, books, diaries, and reference materials.

Records, in whatever form, pertaining to accounts held with Internet Service Providers or of Internet use.

As used above, the terms records, documents, programs, applications, or materials include records, documents, programs, applications or materials created, modified or stored in any form, including electronic media.