EXHIBIT K

# United States District Court
# District of New Jersey

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR A SEARCH WARRANT TO SEARCH THE ITEMS KNOWN AND DESCRIBED AS INFORMATION ASSOCIATED WITH THE EMAIL ACCOUNT OF atwell.luke@gmail.com AS MORE PARTICULARLY DESCRIBED IN ATTACHMENT A1 | Hon. Steven C. Mannion<br><br>Mag. No. 13-6066 (SCM)<br><br>**SEARCH WARRANT** |

TO: ___Alexandra de Armas___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Alexandra de Armas___ who has reason to believe that
Affiant

__ on the person of or _X_ on the premises known as (name, description and/or location)

## SEE ATTACHMENT A1

in the District of New Jersey there is now concealed a certain person or property namely (describe the person or property)

## SEE ATTACHMENT B1

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to execute the warrant on or before ___June 18, 2013___ (not to exceed 14 days) on the person or place named above for the person or property specified, serving this warrant and executing it (in the daytime--6:00 a.m. to 10:00 p.m.) and to leave a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___Honorable Steven C. Mannion___ as required by law.
U.S. Judge or Magistrate

June 4, 2013            at             Newark, New Jersey
Date and Time Issued                  City and State


Honorable Steven C. Mannion
United States Magistrate Judge               _____
Name & Title of Judicial Officer              Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate                    Date

## ATTACHMENT A1

This warrant applies to information associated with atwell.luke@gmail.com, an email account that is stored at premises controlled by Google, Incorporated, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

ATTACHMENT B1

DESCRIPTION OF ITEMS TO BE SEARCHED AND SEIZED

The property to be searched and seized is evidence, contraband, fruits, and instrumentalities relating to violations of Title 18 U.S.C. §§ 371, 545, 922(e), 1715 and 21 U.S.C. §§ 952 and 963 (the Specified Federal Offenses), consisting of:

**I.     Information to be disclosed by Google (the "Provider")**

To the extent that the information described in Attachment A1 is within the possession, custody, or control of Google (the "Provider"), including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on April 17, 2013, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A1:

a. The contents of all emails associated with the email account atwell.luke@gmail.com (the "Target Email Account"), including stored or preserved copies of emails sent to and from the Target Email Account, draft emails, deleted emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the Target Email Account, including full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

  d. All records or other information stored at any time by an individual using the Target Email Account, including address books, contact and buddy lists, calendar data, pictures, and files;

  e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. §§ 371, 545, 922(e), 1715 and 21 U.S.C. §§ 952 and 963, involving Christopher Castelluzzo and Luke Atwell, including, for each account or identifier listed on Attachment A1, information pertaining to the following matters:

  a. The sale of or trafficking in illegal drugs;

  b. The sale of or trafficking in firearms;

  c. Communications between Christopher Castelluzzo, Luke Atwell, Krystel Lopez, "Pito," and co-conspirators;

  d. Information relating to who created, used, or communicated with the account, including records about their identities and whereabouts.