UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
UNITED STATES OF AMERICA

                                    AFFIDAVIT OF
v.                                    NAIVENE MAHGOUD

CHRISTOPHER CASTELLUZZO        MAG. NO. 13-6616 (JAD)
-------------------------------------------------X

    I, Naivene Mahgoud, am a witness in the above captioned matter.

1. At Approximately 11pm I heard knocking at my home, which is located at 28 Evergreen Street in Bayonne, New Jersey.
2. I went to look out the window but it was too dark to see, and then someone from the outside yelled to me to open the door.
3. My two children were sleeping. My six year old was in her bedroom and my six month old in the living room.
4. I walked out of my apartment closing the door behind me into the hallway. I opened the door to the front porch.
5. Once I opened the door several people were standing there. Immediately three of them pushed me aside and rushed into my apartment without my permission, while the others yelled to them, "go, go, go".
6. I turned to rush back into my apartment for fear of my children who were in there alone.
7. I entered the apartment to find the individuals walking out of my bedroom in the rear of my home.
8. They began to speak amongst each other saying, "is he here". I then heard "no, no ones here".
9. This is where I began to question them as to whom they were, why they were in my home, and what was going on.
10. They told me they were DEA and that they were looking for Christopher.
11. They asked me where he was, could I call him, when was the last time I saw him and does he live here, etc.
12. I tried answering to the best of my ability and even tried to call him with but he did not answer.
13. I kept asking them why they were here and why they were looking for Christopher. They began to look through my home again.
14. One agent told me that they had gotten "his friends" and that they needed to see Christopher right away.
15. I was afraid, worried and alone with two small children.
16. The agents went through every single one of my rooms in my home without my consent and tore my home apart.

17. After searching through drawers, closets, cabinets, my garage and everywhere, they took certain items from my home.
18. The DEA asked me to sign a sheet of notebook paper giving them permission to take the items that they recovered as well as 2 vehicles that were outside of my home.
19. I adamantly refused to sign the paper and I did not consent for them to take any items or the 2 cars.
20. One of the Agents threatened me and said if I did not sign the paper, that he would call DYFUS and have my children taken away from me. I started crying and I signed the paper under duress because I did not want my children taken away from me.
21. After I signed the paper, the agents proceeded to leave and took whatever items they had recovered and the 2 cars that were parked outside my home with out my consent or permission.

Dated:     4/3/15

_____
Naivene Mahgoub