UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE:     TRENTON                              Date: April 21, 2015

JUDGE FREDA L. WOLFSON, U.S.D.J.          Docket #3:13-CR-560(FLW)

Court Reporter: Vincent Russoniello

TITLE OF CASE:
U.S.A.
vs.
Christopher Castelluzzo -01
Luke A. Atwell -02
          (Defendants Present)
APPEARANCES:
Courtney A. Howard, AUSA & Thomas S. Kearney, AUSA for Government.
Dawn M. Florio, Esq. for Defendant Christopher Castelluzzo
Pasquale F. Giannetta, Esq. & Leigh-Anne Mulrey, Esq.  for Defendant Luke A. Atwell

NATURE OF PROCEEDINGS:
Conference held in chambers.(Not on the record)
On the Record:
Hearing on Omnibus motion (#60) by defendant Atwell.
Hearing on Motion to dismiss the indictment by defendants Castelluzzo & Atwell.
Court Ordered Motion to dismiss is denied.
Hearing on Motion for Bill of Particulars by defendants Castlluzzo & Atwell.
Court ordered Motion is denied.
Hearing on Motion for severance by defendants Castelluzzo & Atwell.
Court Ordered Motion is denied.
In Limine Motion by Government to admit certain evidence.
Court Ordered Motion is Granted.
Hearing on Motion by defendant Atwell to Suppress certain evidence.
Alexandra DeArmas   Sworn    for    Government.
James McDermott     Sworn    for    Government.
Suppression Hearing Continued until May 11, 2015 a 10:00 A.M.
Jury Selection to commence on May 4, 2015 at 9:30 A.M.
Jury Trial to commence May 18, 2015 at 9:30 A.M.
Court Ordered bail is revoked as to defendants Castelluzzo & Atwell.
Order to be filed.
Defendants remanded.

TIME COMMENCED: 1:30 P.M.
TIME ADJOURNED:  4:10 P.M.              *Jacqueline Gore*
                                         Deputy Clerk