## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                           :

UNITED STATES OF AMERICA    :
                           :
                           :
       v.                   :          No. 13-cr-0560 (FLW)
                           :            ORDER

LUKE ATWELL and        :
CHRISTOPHER CASETLLUZZO  :
                           :
           Defendants.    :
_____:

**THIS MATTER** having been opened to the Court on an omnibus motion filed by Pasquale Gianetta, Esq. and Dawn M. Florio, Esq., on behalf of Defendants Luke Atwell and Christopher Castelluzzo ("Defendants") to dismiss the Superseding Indictment, and, in the alternative, for (1) a bill of particulars, (2) to sever the trial of Defendants, and (3) to suppress certain evidence; it further appearing that the United States of America ("the Government") opposes Defendants' motion and submitted a motion *in limine* in its opposition; it further appearing that in their reply, Defendants moved for a *Franks* hearing; the Court having reviewed the parties' submissions in connection with the motion and having held oral argument on April 21, 2015, for the reasons set forth in the Opinion filed on even date and in the record, and for cause shown,

     **IT IS** on this 4th day of May, 2015,

     **ORDERED** that Defendants' motion (Dkt. 60) is **DENIED** as to Defendants' motions to dismiss, for a bill or particulars, and to sever the trials of Defendants; it is further

     **ORDERED** that the Government's motion *in limine* is **GRANTED**; it is further

     **ORDERED** that judgment is reserved on the remaining pretrial motions filed by Defendants.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge